ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
     Social Security Administration
     Program Litigation 1
     Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4818
     Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ANTONIO PERALTA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-01225-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>(Doc. 8) |

       The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case.  In support of this request, the Commissioner respectfully states as follows:

       1.      Defendant's response to Plaintiff's Complaint is due currently November 17, 2025. Defendant has not previously requested an extension of this deadline.

       2.      At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3.     Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining, reviewing and filing eCARs and other pressing deadlines resulting from the lapse in funding. We are currently working with our previously furloughed staff in order to work through the backlog.

4.     Given this situation Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

5.     Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6.     This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until January 16, 2026, respond to Plaintiff's Complaint.

`                                    Respectfully submitted,

Date: _November 17, 2025_          By:     _s/ Jonathan Omar Pena_
                                           Jonathan Omar Pena
                                           Pena and Bromberg, PC
                                           Attorney for Plaintiff
                                           (*as authorized by email)

Date: _November 17, 2025_                  ERIC GRANT
                                           United States Attorney
                                           MATHEW W. PILE
                                           Head of Program Litigation 1
                                   By:     _s/ Oscar Gonzalez de Llano_
                                           OSCAR GONZALEZ de LLANO
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation and unopposed motion for extension of time, (Doc. 8),

IT IS HEREBY ORDERED that Defendant shall have an extension, to and including January 16, 2026, to respond to Plaintiff's complaint.  The deadlines in the Scheduling Order, (Doc. 5), are hereby extended accordingly.

IT IS SO ORDERED.

Dated:  __November 17, 2025__          _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE